IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:11CV00311 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT OF DISMISSAL |
| KEVIN E. WILLIAMS and ) | |
| AUDRA L. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

This matter came on for determination upon the Motion and Stipulation of the parties that the case be dismissed without prejudice (filing 15). The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice.

DATED this 1st day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge